IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 4:12-264 |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SHAWN LURON DAVIS | ) | |
| | ) | |

## JUDGMENT AND ORDER OF FORFEITURE

1. On March 27, 2012, a federal grand jury in this district returned a multi-count Indictment charging Defendant, Shawn Luron Davis ("Davis", "Defendant"), with various offenses related to drug trafficking, in violation of 21 U.S.C. §§ 841 and 846, and federal firearms offenses, in violation of 18 U.S.C. §§ 922(g)(1) and 924(c). Pursuant to Fed.R.Crim.P. 32.2(a), the indictment contained a forfeiture allegation which provided that upon Davis' conviction, certain property enumerated therein, or equivalent substitute assets, would be subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c).

2. On November 26, 2012, Davis pled guilty to Counts 1 and 3 of the Indictment, which charged violations of 21 U.S.C. § 846 and 18 U.S.C. §1924(c), respectively. Based upon Davis' guilty plea and other matters of record, the court has determined that the conspiracy set forth in Count 1 of the Indictment generated a total of $500,000 in criminally-derived proceeds and Davis is jointly and severally

liable for a money judgment in that amount, and that such property is subject to forfeiture[1]. The court finds that the United States is entitled to a money judgment against Davis in the amount of $500,000, pursuant to Fed.R.Crim.P 32.2(b)(1)(A).

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED:

1.      The Defendant shall forfeit to the United States all of his right, title and interest in and to any property, real or personal, tangible and intangible, constituting or derived from any proceeds Defendant obtained directly or indirectly as a result of his violation of 21 U.S.C. § 846 and 18 U.S.C. §1924(c), and any property used to facilitate Defendant's offense of conviction.

2.      JUDGMENT IS ENTERED against Defendant, and in favor of the United States in the amount of $500,000, together with appropriate costs provided for in 28 U.S.C. § 1961 as of the date of entry of judgment until paid in full, and the United States may satisfy such money judgment from any property of the Defendant.

3.      Upon entry, this Order becomes final as to Defendant, and shall be made part of his sentence and included in the criminal Judgment.

4.      Upon entry of this Order, the United States Attorney is authorized to conduct proper discovery in identifying, locating, or disposing of the described property, or other substitute assets, in accordance with Fed.R.Crim.P. 32.2(b)(3);

---

[1] The $45,916 seized on February 28, 2012, and the $12,500 seized on March 6, 2012 listed in the indictment will not be forfeited by the United States.

and to commence proceedings that comply with statutes governing third party rights, if applicable.

    5.    The United States may sell or otherwise dispose of in accordance with law any substitute assets as required to satisfy the above imposed money judgment.

    6.    The government is not required to publish notice regarding the personal money judgment against the Defendant; however, the judgment shall be recorded in the records of the County Clerk's Office in the county of the debtor's residence, place of business, and any and all other counties in which the debtor has either real or personal property, as a lien thereon.

    7.    The court shall retain jurisdiction to enforce this Order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

    8.    The Clerk, U.S. District Court, shall provide one (1) certified copy of this Order to the United States Attorney's Office for service of interested third parties and other purposes.

    AND IT IS SO ORDERED.

                                    s/ R. Bryan Harwell
                                    R. BRYAN HARWELL
                                    UNITED STATES DISTRICT JUDGE

Florence, South Carolina

December 28, 2013